UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FERNANDO CORONA,<br><br>　　　　Petitioner,<br><br>　　　v.<br><br>C. E. DUCART, Warden,<br><br>　　　　Respondent. | NO. CV 14-4883-R (AGR)<br><br>ORDER ACCEPTING FINDINGS AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE |

　　　　Pursuant to 28 U.S.C. § 636, the Court has reviewed the petition, records on file, and the Report and Recommendation of the magistrate judge.  Further, the Court has engaged in a *de novo* review of those portions of the Report to which Petitioner has objected.  The Court accepts the findings and recommendation of the magistrate judge with the following correction:

　　　　Footnote 4 on page 4 of the Report is deleted.

　　　　IT IS ORDERED that the petition is denied and the action dismissed with prejudice.

DATED: January 21, 2015

　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　MANUEL L. REAL
　　　　　　　　　　　　　　　　　　　　United States District Judge