UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FERNANDO CORONA,<br><br>        Petitioner,<br><br>  v.<br><br>C. E. DUCART, Warden,<br><br>        Respondent. | NO. CV 14-4883-R (AGR)<br><br>JUDGMENT |

Pursuant to the Order Accepting Findings and Recommendation of United States Magistrate Judge,

IT IS ADJUDGED that the Petition in this matter is denied and dismissed with prejudice.

DATED: January 21, 2015

_____
MANUEL L. REAL
United States District Judge